# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147510

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AMY M. OGILVIE,
        Plaintiff-Appellee,

v

                                    SC: 147510
                                    COA: 310935
                                    Alpena CC: 11-004212-DM

ERIC ARLINGTON OGILVIE,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the April 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The defendant's motions to adjourn the case until transcript is obtained, to allow for supplemental pleadings of application for appeal, to allow for corrections to the record, and to provide other relief are DENIED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



h0127

                             Clerk